cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HIESHETTER, JR, Suing on behalf of Delores Jackson and its members, TERRA HIESHETTER, an Individual; DELORES JACKSON, an individual; ASSOCIATE OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, Suing on behalf of Delores Jackson and its members,<br><br>Plaintiff,<br>v.<br><br>DANA'S FEED & TACK; DANA CLARK, an individual; et al.,<br><br>Defendants. | Civil No.06cv0752 WQH (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On January 29, 2007, the Court convened a Case Management Conference in the above entitled action. Appearing were Ted Pinnock, Esq. on behalf of plaintiff; counsel for defendant failed to appear.

Since the last conference, defendants Dana's Feed and Tack, and Dana Clark, Inc. have been removed from the case. Mr. Peters, who previously represented those defendants, now represents Mr. Otterman. Mr. Otterman's answer is on file. Plaintiff is deciding how to proceed relative to defendant Alpine Mercantile, Inc. dba Alpine Mercantile. All these issues need to be discussed forthwith and in Mr. Peter's absence, we could not proceed.

Based thereon, the court sets a telephonic Case Management Conference for ***January 31, 2007 at 9:30 a.m.*** Plaintiff's counsel will initiate the call. At that time, the Court will set a further schedule

for the case.  The Court will also require Mr. Peters to show cause why he should not be sanctioned for the failure to appear at the January 29, 2007 hearing.

IT IS SO ORDERED.

DATED:  January 30, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court