cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HIESHETTER, JR, Suing on behalf of Delores Jackson and its members, TERRA HIESHETTER, an Individual; DELORES JACKSON, an individual; ASSOCIATE OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, Suing on behalf of Delores Jackson and its members,<br><br>               Plaintiff,<br>v.<br><br>DANA'S FEED & TACK; DANA CLARK, an individual; et al.,<br><br>               Defendants. | Civil No.06cv0752 WQH (AJB)<br><br>Order Following Case Management Conference |

On January 31, 2007, the Court convened a Case Management Conference in the above entitled action. Appearing for Plaintiff was Theodore Pinnock, Esq. Appearing for Defendant telephonically was David Peters, Esq.

Counsel have agreed to dismiss the federal action without prejudice and Plaintiff will re-file, as appropriate, in state court. The dismissal should be submitted within a matter of days.

The Court sets a Settlement Disposition Conference for *February 8, 2007*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia to check on the status of the dismissal. Counsel and all parties *shall appear in person* unless a signed joint motion for dismissal of this case is filed and **a copy of the signed joint motion is provided to the chambers of Magistrate Judge Battaglia** *(via e:mail at*

*efile_battaglia@casd.uscourts.gov* **no less than 24 hours prior to the scheduled conference**.

**Monetary sanctions shall be imposed for failure to comply with this order**.

Today's hearing was also set as an OSC re: Mr. Peters' non-appearance at the Monday, January 29, 2007 Case Management Conference. Mr. Peters explained the reason for the non-appearance, and the Court is satisfied with the explanation. Based thereon, the OSC is off calendar.

IT IS SO ORDERED.

DATED: January 31, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court